UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY ARTHUR GRAHAM,

    Plaintiff,

v.

CITY OF LANSING,

    Defendant.
_____/

Case No. 1:18-cv-1449

HON. JANET T. NEFF

## ORDER

This is a civil action filed by a *pro se* litigant. On May 29, 2019, the Magistrate Judge issued a Report and Recommendation recommending that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. LCivR. 41.1 for want of prosecution and failure to comply with the rules and orders of this court. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 20) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is DISMISSED pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. LCivR. 41.1 for want of prosecution and failure to comply with the rules and orders of this court, for the reasons set forth in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: June 19, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge